IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL OLSON                                                                                      PLAINTIFF

          v.                              Civil No. 08-3046

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                     DEFENDANT

**J U D G M E N T**

Now on this 1st day of February, 2010, comes on for consideration the Report and Recommendation dated January 8, 2010, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

   IT IS SO ORDERED.

                                                              /s/Jimm Larry Hendren
                                                              HON. JIMM LARRY HENDREN
                                                              UNITED STATES DISTRICT JUDGE